IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

IN THE MATTER OF
THE FEDERAL LAPSE
IN APPROPRIATIONS         MISCELLANEOUS CASE NO 2:13MC42

### ORDER

Currently before the Court, is a Motion for Stay of Deadlines in Cases Where the United States is a Party (Doc. 1), filed by the United States Attorney for the Western District of Arkansas. The United States seeks a stay of all civil cases pending in the Western District of Arkansas wherein the United States or an agency, corporation, officer or employee, deemed or otherwise, of the United States is a party, until Congress restores appropriations to the Department of Justice.

The Court has reviewed this motion and finds that the motion should be **DENIED**, except as authorized in the Order as to Social Security Cases (Doc. 2) entered in 2:13MC43 on October 11, 2013. The Court finds that the determination to stay proceedings should be determined by the presiding judge on a case-by-case basis.

IT IS SO ORDERED this 11th day of October 2013.

_P. K. Holmes_
P. K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 1 1 2013

CHRIS R. JOHNSON, Clerk
By
   Deputy Clerk